# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough, United States Magistrate Judge

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 25-MJ-468 | UNITED STATES vs. OLSON | |
| Hearing Date: | Monday, March 17, 2025 | Time In and Out: | 1:46pm – 1:52pm & 2:04 pm – 2:10 pm |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Erlend Olson | Defendant's Counsel: | Daniel Snyder for this hearing only |
| AUSA: | Rachel Eagle | Pretrial/Probation: | A. Galaz |
| Interpreter: | | Witness: | |

### Initial Appearance
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant has retained counsel
- ☒ Government moves to detain  ☐ Government does not recommend detention
- ☒ Set for Identity/Detention Hearing  on Thursday, March 20, 2025  @ 9:30 am

### Preliminary/Show Cause/Identity
- ☐ Defendant
- ☐ Court finds  ☐ Court does not find probable cause

### Detention
- ☐ Defendant waives right to contest detention
- ☐

### Custody Status
- ☒ Defendant detained pending hearing
- ☐ Conditions

### Other
- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐