# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jennifer M. Rozzoni, United States Magistrate Judge

Identity/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 25-MJ-468 | UNITED STATES vs. OLSON | |
| Hearing Date: | Thursday, March 20, 2025 | Time In and Out: | 10:18 am – 11:10 am & 1:20 pm – 1:27 pm |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Erlend Olson | Defendant's Counsel: | Nicholas Sitterly |
| AUSA: | Josh Gold/Zachery Jones | Pretrial/Probation: | A. Galaz |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant currently has Court appointed counsel
- ☐ Government moves to detain     ☒ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Identity Hearing
- ☐ Court finds     ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives right to contest detention
- ☐

## Custody Status

- ☒ Defendant remanded to the custody of United States Marshal's Service — To be transported to the District of Columbia
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☒ USA- proffer detention; Sitterly-proffers release; PO-responds; USA-replies; Sitterly-responds; Court- BREAK; Court-Findings